IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| OTTO CAULEY | § | |
| VS. | § | CIVIL ACTION NO. 1:10cv326 |
| JOE WALKER | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Otto Cauley, proceeding *pro se*, filed the above-styled civil rights lawsuit against Joe Walker. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court.

The defendant has filed a motion for summary judgment (doc. no. 51). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The defendant's for summary judgment is **DENIED**.

So **ORDERED** and **SIGNED** this **16** day of **September, 2015.**

_____
Ron Clark, United States District Judge